UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI J. BOGDAN,<br><br>                            Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                            Defendant. | Case No.: 22cv764-LL-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE ACTION WITH PREJUDICE**<br><br>**[ECF No. 16]** |

On October 11, 2022, Plaintiff Terri J. Bogdan ("Plaintiff") and Defendant Midland Credit Management, Inc. ("Defendant") filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 16. Good cause appearing, the Court **GRANTS** the parties' joint motion to dismiss the action with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk of the Court is hereby directed to close this case.

**IT IS SO ORDERED.**

Dated:  October 12, 2022

_____
Honorable Linda Lopez
United States District Judge